IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MATTHEW BECKLER, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00037-TES |
| | * |
| ZACHARY CONFECTIONS, INC., | |
| | * |
| Defendant. | |
| | * |

# JUDGMENT

Pursuant to this Court's Order dated March 11, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Baldwin County, Georgia.

This 12th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk